IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
AUG 1 8 2021
CLERK. U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| JOHN BERNARD WILLIAMS III, PLAINTIFF, | ) ) ) |
| V. | ) CIVIL ACTION ) NO. SA-21-CA-00662-FB |
| SCJC ET AL HON. DAVID C. HALL, AND HON. JANIS HOLT, DEFENDANTS. | ) ) ) ) ) |

<u>Plaintiff's Motion for Default Judgement and Request Facts deemed Admitted</u>

To the Honorable Henry J. Bemporad -Federal Judge:

### JURISDICTION

Since the defendants, et al, "commission", is the highest level of relief of administrative grievance, the federal court is the proper Court for relief. The **Attorney General of this State** has the authority to *represent certain state agencies and defend administrative errors of conduct by such Commissions.*

### *FRCP 12(a)(1)(A)(i)*

**Defendant's are members of a corporation and** *were BOTH served by private server on* **July 26, 2021.** *As of* **August 17, 2021,** *the defendant's have failed to comply with federal rule(s). The Defendant's also have the ability to request an ANSWER by the State Judge in alleged misconduct of conflict of interest [ served as Assistant District Attorney and District Judge of the* **same cause number 2019-CR-6240].** *Such misconduct is irreparable harm and permanent injury to the plaintiff past, present and ANY future court proceedings.*

***Defendant's agency does not fall under Rule 12 (a)(2) or (3); nor FRCP 4(d)(3)and FRCP 12(a)(1)(A)(ii).*** *Therefore the defendants' are in default and plaintiff requests the complaint by plaintiff be deemed admitted and a default judgement rendered by this Magistrate Court. The plaintiff states that even if the defendants were guidelines under the recent rules, the plaintiff believes the defendants STILL will not answer this Injunction because they never expected the plaintiff to seek relief in a impartial federal court and therefore maliciously, abused their discretion.*

### *SANCTIONS*

*The original complaint expressed in broad language the irreparable harm under the US Constitution Redress of Grievances paragraph. The plaintiff's complaint also states in broad language the monetary loss of income, safety, and bond detainment ; all of which unconstitutional and asks the court to award sanctions of $20,000.*

*The defendant's are clearly disregarding correspondence dated from October 29, 2020 and non-compliance of their recent correspondence dated June, 2021. Therefore, the*

*defendants are acting outside their official capacity by obstructing the laws enforced by this Magistrate court of law.*

## Relief

**Plaintiff** respectfully requests relief is **Granted.**

*Submitted:*

*John Bernard Williams*
*Plaintiff pro se*

DATE: 18 Aug 21