IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **JOHN BERNARD WILLIAMS, III,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| V. ) | **CIVIL NO. SA-21-CA-00662-FB(HJB)** |
| ) | |
| **HON. DAVID C. HALL, Texas State** ) | |
| **Comm'n on Judicial Conduct, Chair; and** ) | |
| **HON. JANIS HOLT, Texas State Comm'n** ) | |
| **on Judicial Conduct, Secretary,** ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT

The Court considered the Judgment to be entered in this case. Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge signed this date,

IT IS ORDERED, ADJUDGED and DECREED that the Report and Recommendation of United States Magistrate Judge (docket no. 17) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that: (1) Defendants' Motion to Dismiss (docket no. 11) is GRANTED in PART and plaintiff's case is DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction; and (2) Plaintiff's Motion for Default Judgment (docket no. 12) is DENIED as MOOT.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that remaining motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 29th day of November, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE